### (October 31, 1938.)

In the Matter of the Petition of MAURICE P. DAVIDSON, Individually and as Chairman of the Progressive Party, and DENNIS J. McGINNESS, as One of the Committee to Fill Vacancies, and PETER H. RULOVO, Appellants, for a Mandamus Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and THOMAS E. DEWEY, FREDERICK H. BONTECOU, JULIUS ROTHSTEIN, ARTHUR V. McDERMOTT, JOHN LORD O'BRIAN, EDWARD F. CORSI, HELEN Z. M. RODGERS, RICHARD B. SCANDRETT, JR., MARY H. DONLON, HAROLD BIRCHER, DONALD BOYLE, J. RUSSELL SPRAGUE, ALICE H. FITE, CHARLES H. GRIFFITHS, KENNETH F. SIMPSON, WM. M. CHADBOURNE, WILLIAM BENENSON and THEODORE ROOSEVELT, Respondents.— Order denying application for an order directing the board of elections not to place on the official ballot at the general election to be held on November 8, 1938, the name of the " Independent Progressive Party " or its emblem the " Hand Holding the Scale," and to enjoin and restrain the " Independent Progressive Party," its officers, directors, committees, members, candidates and designees from using the name " Independent Progressive," or a similar name, unanimously affirmed, without costs. No opinion    Present — Lazansky, P. J., Davis, Adel and Taylor, JJ.; Hagarty, J., not voting.

In the Matter of the Application of ALBERT HELMES, Appellant, to Have His Name Added to the Register of Voters of the 32nd Election District in the 20th Assembly District, in the Borough of Brooklyn, County of Kings, City and State of New York. THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondents. — Order denying application of the petitioner to have his name added to the register of voters of the thirty-second election district in the twentieth Assembly district, in the borough of Brooklyn, county of Kings, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Davis, Adel and Taylor, JJ.; Hagarty, J., not voting.